UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JAVIER CALDERON**, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 15-cv-1944 (TSC) |
| ) | |
| **WILL ALFREDO GOMEZ VENTURA,** *et al*., ) | |
| ) | |
| Defendants. ) | |

## ORDER OF DISMISAL

In light of the Notice of Voluntary Dismissal, (ECF No. 3), filed by the Plaintiff, this action is hereby dismissed without prejudice.  Each party to bear its own costs and fees.

Date:  November 18, 2015

*Tanya S. Chutkan*
TANYA S. CHUTKAN
United States District Judge